evidence apply at the trial, notwithstanding that the petition contains a request to terminate parental rights.

(2) A statement made by a child under ten years of age describing an act of child abuse as defined in section 2(c) of the child protection law, MCL 722.622(c); MSA 25.248(2)(c), performed with or on the child, not otherwise admissible under an exception to the hearsay rule, may be admitted into evidence at the trial if the court has found, in a hearing held prior to trial, that the nature and circumstances surrounding the giving of the statement provide adequate indicia of trustworthiness, and that there is sufficient corroborative evidence of the act.

*Staff Comment*: The proposed amendments of MRE 803A and MCR 5.972 would move the so-called "tender years" exception to the hearsay rule in child-protective proceedings from the Michigan Court Rules to the Michigan Rules of Evidence.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk within 60 days after it is published in the *Michigan Bar Journal*. When filing a comment, please refer to our file number 98-18.

*Leave to Appeal From Attorney Discipline Board Denied December 30, 1998:*

GRIEVANCE ADMINISTRATOR v DUNN, No. 112096.

GRIEVANCE ADMINISTRATOR v STONE, No. 112098.

GRIEVANCE ADMINISTRATOR v MCFADDEN, No. 112120. Reconsideration denied March 30, 1999.

*Leave to Appeal From Attorney Discipline Board Denied January 26, 1999:*

GRIEVANCE ADMINISTRATOR v SNYDER, No. 112038.

*Order Entered February 8, 1999:*

PROPOSED AMENDMENT OF MCR 7.305. On order of the Court, notice and an opportunity for comment at a public hearing have been provided concerning the proposed amendment of Rule 7.305 of the Michigan Court